UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 13-24594-CIV-ROSENBAUM**

SAMUEL ROSEN,

    Appellant,

vs.

JOEL L. TABAS,

    Appellee.

_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon Appellant's Notice of Voluntary Dismissal of Appeal. [ECF No. 5]. In this filing, Appellant stipulates to the dismissal of this appeal pursuant to Rule 8001(c) of the Federal Rules of Bankruptcy Procedure. Upon consideration, it is hereby **ORDERED and ADJUDGED** that Appellant's Notice of Voluntary Dismissal of Appeal [ECF No. 5] is approved and the above-styled appeal is hereby **DISMISSED**. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of December 2013.

                                              ROBIN S. ROSENBAUM
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record